UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CAMAROTO,

    Petitioner,

v.                                            Case No. 6:07-cv-1571-Orl-31DAB

JOHN TANNER, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254;[1] however, Petitioner previously filed Case No. 3:03-cv-851-Orl-J-99TEM, which was dismissed with prejudice on October 4, 2005. Thus, the present habeas petition is a second or successive application. Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition. Furthermore,

---

[1] The Court notes that the original document filed by Petitioner challenges his state court convictions. *See* Doc. No. 1. As such, the Court ordered Petitioner to show cause why the case should not be dismissed as a successive habeas petition. Petitioner filed a response to the order to show cause arguing that the petition is not successive because he has named different Respondents and because his other petition was improperly denied. *See* Doc. No. 7. These allegations are insufficient to overcome the application of 28 U.S.C. § 2244(b)(3)(A).

28 U.S.C. § 2244(d) imposes a time limitation on the filing of a habeas corpus petition. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case and to send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

3. Any pending motions (Doc. Nos. 4, 5, & 6) are **DENIED** as moot.

**DONE AND ORDERED** at Orlando, Florida, this 26th day of October, 2007.

Copies to:
sc 10/26
Charles Camaroto

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE